UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: **Patrick L. DeLaere, Jr.**

Debtor(s).

CHAPTER 13
CASE NO: **19-52467**
JUDGE Shefferly

_____/

## **ORDER CONFIRMING PLAN**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **JACK BERMAN P-10737**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,000.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **3,000.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ The Debtor(s)' Plan payments shall be increased to $801.00 per bi-weekly effective the 17th day of December, 2020.

**Approved as to Form not Content:**

/s/ Jack Berman

JACK BERMAN (P10737)
Attorney for Debtors
45100 Sterritt, suite 104
Utica, MI 48317
(586) 779-6000

/s/ Thomas D. DeCarlo attorney for

DAVID WM. RUSKIN
Standing Chapter 13 Trustee
26555 Evergreen Rd., Ste 1100
Southfield, MI 48076
(248) 352-7755

__/s/__James Graham_____
JAMES GRAHAM  (P60632)
Attorney for Mortgage Cneter I.C.
24525 Harper Ave.
St. Clair Shores, MI 48080
586-777-0770

**Signed on December 23, 2020**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**